IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-623-D

| | |
|---|---|
| JACKIE BLUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CARLIE C'S OF HOPE MILLS, LLC, | ) |
| | ) |
| Defendant. | ) |

Defendant's motion to dismiss [D.E. 10] is GRANTED. See, e.g., Chapman v. Pier 1 Imports (U.S.) Inc., 631 F.3d 939, 945–46, 954–55 (9th Cir. 2011) (en banc); Order, Blue v. MML Assocs., Inc., No. 5:14-CV-510-D (E.D.N.C. Dec. 18, 2014), [D.E. 24]; Order, Blue v. B&C Props. of Dunn, LLC, No. 5:14-CV-285-D (E.D.N.C. Aug. 14, 2014), [D.E. 15]; Nat'l Alliance for Accessibility, Inc., v. Big Lots Stores, Inc., No. 5:12-CV-349-D, 2013 WL 1452928, at *1–2 (E.D.N.C Apr. 9, 2013) (unpublished). Plaintiff's complaint [D.E. 1] is DISMISSED without prejudice. In accordance with plaintiff's request, plaintiff may file an amended complaint no later than January 29, 2015. The amended complaint must plausibly allege concrete and particularized injury.

SO ORDERED. This **29** day of December 2014.

JAMES C. DEVER III
Chief United States District Judge